AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Ruben VARGAS Jr.

*Defendant(s)*

) Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 20, 2023 in the county of Webb in the Southern District of Texas , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 31 United States Code, Section 5332 | With the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency and/or other monetary instruments, namely $125,306 dollars, and transported or attempted to transport such currency from a place within the United States to a place outside of the United States, to wit: the United Mexican States. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Michael Riha sworn to and signature attested telephonically on November 22, 2023, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
V.
**Ruben VARGAS Jr.**

# ATTACHMENT "A"

I, Michael Riha, a Homeland Security Investigations Special Agent, have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

1. In approximately September 2023, the U.S. Customs and Border Protection Tactical Analytical Unit (TAU) identified an individual with border crossing patterns consistent with smuggling activity. The individual, Ruben VARGAS Jr., made frequent short duration trips from Nuevo Laredo, Mexico, to San Antonio, Texas, often returning to Nuevo Laredo the same day or less than 24 hours later. Further investigation identified multiple vehicles used by VARGAS to cross the international border, including a gray Chevrolet Malibu.

2. On November 20, 2022, at approximately 10:39 p.m., CBP officers (CBPOs) observed the gray Chevrolet Malibu as it attempted to depart the United States and enter Mexico via the Gateway to the Americas Bridge in Laredo, Texas. The driver, Ruben VARGAS Jr., gave a negative declaration for currency over $10,000 to CBPOs. CBPOs conducted a non-intrusive inspection via z-portal screening system which revealed anomalies in the passenger compartment. CBPOs inspected the compartment and discovered bundles of currency concealed in a space behind the passenger-side glove box. A total of $122,750 in currency was removed from the compartment.

3. During an interview with Homeland Security Investigations (HSI) Special Agents (SAs), VARGAS stated he was the owner of the gray Chevrolet Malibu. VARGAS also claimed ownership of the two cellphones found in his possession at the time of his encounter with CBPOs. After being advised of his Miranda Rights, VARGAS declined to make any further statements.

4. HSI SAs conducted database checks on VARGAS and the gray Chevrolet Malibu. The results confirmed the vehicle was registered to VARGAS. Further checks indicated VARGAS frequently crossed the international border, often several times per week, and would therefore have knowledge of customs reporting requirements regarding currency in excess of $10,000. Search results showed VARGAS had entered the U.S. in the gray Chevrolet Malibu less than 24 hours prior to his encounter with CBPOs on November 20, 2023.

5. CBPOs and HSI SAs conducted a border search of one of VARGAS' cellphones. At approximately 9:02 p.m. on November 20, 2023, VARGAS sent a text message that stated, "I'm working."

**[END]**